# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

142897

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 142897
                                                COA: 301390
                                                Wayne CC: 06-000099

RANDALL ARNAZZ DURR,
     Defendant-Appellant.

_____/

     By order of October 19, 2011, the application for leave to appeal the February 10, 2011 order of the Court of Appeals was held in abeyance pending the decision in *People v Vaughn* (Docket No. 142627). On order of the Court, the case having been decided on July 9, 2012, 491 Mich 642 (2012), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827